

E-FILING

ADR

FILED

APR 05 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1 Peter Strojnik (Sr.),
2 7847 N. Central Avenue
  Phoenix, Arizona 85020
3 Telephone: (602) 524-6602
  ps@strojnik.com
4

5 **UNITED STATES DISTRICT COURT**
  **NORTHERN DISTRICT OF CALIFORNIA**
6

7 Case No: **CV 19 1844**

8 Peter Strojnik (Sr.),                    **VERIFIED COMPLAINT**

9                        Plaintiff,        **1. Americans with Disabilities**
                                              **Act**
10
                                           **2. Discrimination in Public**
11                     vs.                    **Accommodations (State**
                                              **Law)**
12 Ensemble Hotel Partners, LLC dba Dream Inn   **3. Negligence**
   Santa Cruz
13
                                           **JURY TRIAL REQUESTED**
14
                         Defendant.
15

16 1. Plaintiff brings this action pursuant to the (1) Americans with Disabilities Act, 42

17    U.S.C. §12101 *et seq.* and corresponding regulations, 28 CFR Part 36 and Department

18    of Justice Standards for Accessible Design ("ADA"), (2)   California Unruh Civil

19    Rights Act, California Civil Code § 51, 52 ("Unruh") (3) the California Disabled

20    Persons Act ("DPA") and (4) common law of negligence per se.

21                                    **PARTIES**

22 2. Plaintiff Peter Strojnik is a veteran and a disabled person as defined by the ADA and

23    DPA.

24 3. Plaintiff is a single man currently residing in Maricopa County, Arizona. Plaintiff is

25    and, at all times relevant hereto has been, legally disabled by virtue of a severe right-

26    sided neural foraminal stenosis with symptoms of femoral neuropathy, prostate cancer

27    and renal cancer, degenerative right knee and is therefore a member of a protected

28    class under the ADA and Unruh.

4. Plaintiff suffers from physical impairments described above which impairments substantially limit his major life activities. Plaintiff walks with difficulty and pain and requires compliant mobility accessible features at places of public accommodation. Plaintiff's impairment is constant, but the degree of pain is episodic ranging from dull and numbing pain to extreme and excruciating agony.

5. Defendant, owns, operates leases or leases to a lodging business ("Hotel") located at 175 W. Cliff Drive, Santa Cruz, CA 95060which is a public accommodation pursuant to 42 U.S.C. § 12181(7)(A) and Unruh.

## JURISDICTION

6. District Court has jurisdiction over this case or controversy by virtue of 28 U.S.C. §§ 28-1331 and 42 U.S.C. § 12188 and 28 U.S.C. § 1367.

7. Plaintiff brings this action as a private attorney general who has been personally subjected to discrimination on the basis of his disability, *see* 42 U.S.C.12188 and 28 CFR §36.501.

8. This Court has continuing subject matter jurisdiction by virtue of, *inter alia,* Plaintiff's claim for equitable nominal damages.

9. Venue is proper pursuant to 28 U.S.C. § 1391.

10. The ADAAG violations in this Verified Complaint relate to barriers to Plaintiffs mobility. This impairs Plaintiff's full and equal access to the Hotel which, in turn, constitutes discrimination satisfying the "injury in fact" requirement of Article III of the United States Constitution.

11. Plaintiff is deterred from visiting the Hotel based on Plaintiff's knowledge that the Hotel is not ADA or State Law compliant as such compliance relates to Plaintiff's disability.

12. Plaintiff intends to visit Defendant's Hotel at a specific time when the Defendant's noncompliant Hotel becomes fully compliant with ADAAG; just as a disabled individual who intends to return to a noncompliant facility suffers an imminent injury from the facility's existing or imminently threatened noncompliance with the ADA, a plaintiff who is deterred from patronizing a hotel suffers the ongoing actual injury of lack of access to the Hotel.

**COUNT ONE**
**Violation of Plaintiff's Civil Rights under the ADA**

13. Plaintiff realleges all allegations heretofore set forth.

14. By virtue of his disability, Plaintiff requires an ADA compliant lodging facility particularly applicable to his mobility, both ambulatory and wheelchair assisted.

15. Plaintiff intended to visit the Santa Cruz area and therefore, reviewed hotel booking websites as documented in Addendum A which is by this reference incorporated herein for all purposes.

16. Plaintiff became aware that third party booking websites disclosed general availability and description of Defendant's Hotel. Third Party booking websites referenced here are more fully documented in Addendum A which is by this reference incorporated herein.

17. Third party booking websites failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully documented in Addendum A.

18. Third party booking websites also failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. *See* Addendum A.

19. Thereafter, Plaintiff became aware that Defendant's 1st party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully documented. *See* Addendum A.

20. Plaintiff also became aware that Defendant's 1st party booking website failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. *See* Addendum A.

21. Plaintiff thereafter reviewed Defendant's online information relating to accessibility or lack thereof, including in particular photographs of the amenities at the Hotel all as more fully documented in Addendum A.

22. Online information relating to accessibility or lack thereof disclosed architectural barriers to accessibility as more fully documented in Addendum A.

23. Defendant has violated the ADA by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above and as outlined in Addendum A.

24. The ADA violations described in Addendum A relate to Plaintiff's disability and interfere with Plaintiff's full and complete enjoyment of the Hotel.

25. Plaintiff lodged at Defendant's Hotel on November 28, 2018.

26. The removal of accessibility barriers listed above is readily achievable.

27. As a direct and proximate result of ADA Violations, Defendant's failure to remove accessibility barriers prevented Plaintiff from equal access to the Defendant's public accommodation.

**WHEREFORE,** Plaintiff prays for all relief as follows:

    A. Relief described in 42 U.S.C. §2000a – 3; and

    B. Relief described in 42 U.S.C. § 12188(a) and (b) and, particularly -

    C. Injunctive relief order to alter Defendant's place of public accommodation to make it readily accessible to and usable by ALL individuals with disabilities; and

    D. Requiring the provision of an auxiliary aid or service, modification of a policy, or provision of alternative methods, to the extent required by Subchapter III of the ADA; and

    E. Equitable nominal damages; and

    F. For costs, expenses and attorney's fees; and

    G. All remedies provided for in 28 C.F.R. 36.501(a) and (b).

## COUNT TWO
### (Violation of the California Unruh Civil Rights Act, Cal. Civ. Code §§51, 52)

28. Plaintiff realleges all allegations heretofore set forth.

29. Plaintiff intended to visit the Santa Cruz area and spend a night there.

30. Plaintiff became aware that 3rd party booking websites disclosed general availability and description of Defendant's Hotel. 3rd Party booking website referenced here is more fully discussed in Addendum A which is by this reference incorporated herein.

31. 3rd party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully disclosed in Addendum A.

32. Third party booking websites also failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. Addendum A.

33. Thereafter, Plaintiff became aware that Defendant's 1st party booking website failed to identify and describe mobility related accessibility features and guest rooms offered through its reservations service in enough detail to reasonably permit Plaintiff to assess independently whether Defendant's Hotel meets his accessibility needs as more fully disclosed in Addendum A.

34. Plaintiff also became aware that Defendant's 1st party booking website failed to make reservations for accessible guest rooms available in the same manner as individuals who do not need accessible rooms. Addendum A.

35. Plaintiff subsequently declined to book a room at the Hotel.

36. Defendant has violated the Unruh by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above.

37. Unruh provides for declaratory and monetary relief to "aggrieved persons" who suffer from discrimination on the basis of their disability.

38. Plaintiff has been damaged by the Defendant's non-compliance with Unruh and is thereby aggrieved.

39. Pursuant to Cal Civ. Code §52, Plaintiff is further entitled to such other relief as the Court considers appropriate, including monetary damages in an amount to be proven at trial, but in no event less than $4,000.00 per encounter with each barrier to accessibility.

40. Pursuant to Unruh, Plaintiff is entitled to costs and expenses in an amount to be proven at trial.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a. A Declaratory Judgment that at the commencement of this action Defendant was in violation of the specific requirements of Unruh; and

b. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, a permanent injunction pursuant to Unruh which directs Defendant to take all steps necessary to bring its accommodation into full compliance with the requirements set forth in the Unruh, and its implementing regulations, so that the Hotel facilities are fully accessible to, and independently usable by, disabled individuals, and which further directs that the Court shall retain jurisdiction for a period to be determined after Defendant certifies that its facilities are fully in compliance with the relevant requirements of the Unruh to ensure that Defendant has adopted and is following an institutional policy that will in fact cause Defendant to remain fully in compliance with the law; and

c. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, the payment of costs of suit; and

d. Order closure of the Defendant's place of public accommodation until Defendant has fully complied with the Unruh; and

e. For damages in an amount no less than $4,000.00 per encounter with barrier; and

f. For treble damages pursuant to Cal Civ. Code. §3345.

g. The provision of whatever other relief the Court deems just, equitable and appropriate.

6

## COUNT THREE
### (Violation of the California Disabled Persons Act, Cal. Civ. Code §§54-54.3)

41. Plaintiff realleges all allegations heretofore set forth.

42. Defendant has violated the DPA by denying Plaintiff equal access to its public accommodation on the basis of his disability as outlined above.

43. The DPA provides for monetary relief to "aggrieved persons" who suffer from discrimination on the basis of their disability.

44. Plaintiff has been aggrieved by the Defendant's non-compliance with the DPA.

45. Pursuant to the DPA, Plaintiff is further entitled to such other relief as the Court considers appropriate, including monetary damages in an amount to be proven at trial, but in no event less than $1,000.00. Cal. Civ. Code § 54.3.

46. Pursuant to the DPA, Plaintiff is entitled to costs in an amount to be proven at trial. Cal. Civ. Code § 54.3.

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

a. A Declaratory Judgment that at the commencement of this action Defendant was in violation of the specific requirements of Unruh; and

b. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, a permanent injunction pursuant to Unruh which directs Defendant to take all steps necessary to bring its facilities into full compliance with the requirements set forth in the Unruh, and its implementing regulations, so that the facilities are fully accessible to, and independently usable by, disabled individuals as required by law, and which further directs that the Court shall retain jurisdiction for a period to be determined after Defendant certifies that its facilities are fully in compliance with the relevant requirements of the Unruh to ensure that Defendant has adopted and is following an institutional policy that will in fact cause Defendant to remain fully in compliance with the law; and

c. Irrespective of Defendants "voluntary cessation" of the ADA violation, if applicable, the payment of costs of suit; and

    d.  Order closure of the Defendant's place of public accommodation until Defendant has fully complied with the DPA; and

    e.  For damages in an amount no less than $1,000.00 per violation per encounter; and

    f.  For treble damages pursuant to Cal Civ. Code. §3345.

    g.  The provision of whatever other relief the Court deems just, equitable and appropriate.

**COUNT FOUR**
Negligence – 2 counts

47. Plaintiff realleges all allegations heretofore set forth.

48. During the stay at Defendant's Hotel, Defendant's valets displaced the key to Plaintiff's automobile.

49. Defendants valets had a duty of safeguarding Plaintiff's automobile's key while it was in their custody. Defendants breached this duty causing Plaintiff damages as follows: $185.00 for new key, $70.36 for loss of use, (anticipated) $75.00 to reset the second key, trip interruption, loss of time, aggravation and mental stress in an amount no less than $15,000.00 for the total of $15,330.36.

50. Defendant had a duty to Plaintiff to remove ADA accessibility barriers so that Plaintiff as a disabled individual would have full and equal access to the public accommodation.

51. Defendant breached this duty.

52. Defendant is or should be aware that, historically, society has tended to isolate and segregate individuals with disabilities, and, despite some improvements, such forms of discrimination against individuals with disabilities continue to be a serious and pervasive social problem[1].

53. Defendant knowingly and intentionally participated in this historical discrimination against Plaintiff, causing Plaintiff damage.

---

[1] 42 U.S.C. § 12101(a)(2)

54. Discrimination against individuals with disabilities persists in the use and enjoyment of critical public accommodations[2].

55. Defendant's knowing and intentional persistence in discrimination against Plaintiff is alleged, causing Plaintiff damage.

56. Individuals with disabilities, including Plaintiff, continually encounter various forms of discrimination, including outright intentional exclusion, the discriminatory effects of architectural, overprotective rules and policies, failure to make modifications to existing facilities and practices, exclusionary qualification standards and criteria, segregation, and relegation to lesser services, programs, activities, benefits, jobs, or other opportunities[3].

57. Defendant's knowing and intentional discrimination against Plaintiff reinforces above forms of discrimination, causing Plaintiff damage.

58. Census data, national polls, and other studies have documented that people with disabilities, as a group, occupy an inferior status in our society, and are severely disadvantaged socially, vocationally, economically, and educationally[4].

59. Defendant's knowing and intentional discrimination has relegated Plaintiff to an inferior status in society, causing Plaintiff damage.

60. The Nation's proper goals regarding individuals with disabilities are to assure equality of opportunity, full participation, independent living, and economic self-sufficiency for such individuals[5].

61. Defendant's knowing, and intentional discrimination has worked counter to our Nation's goals of equality, causing Plaintiff damage.

62. Continued existence of unfair and unnecessary discrimination and prejudice denies people with disabilities the opportunity to compete on an equal basis and to pursue those opportunities for which our free society is justifiably famous, and costs the

---

[2] 42 U.S.C. §12101(a)(3)
[3] 42 U.S.C. §12101(a)(5)
[4] 42 U.S.C. §12101(a)(6)
[5] 42 U.S.C. §12101(a)(7)

1   United States billions of dollars in unnecessary expenses resulting from dependency

2   and nonproductivity[6].

3   63. Defendant's knowing and intentional unfair and unnecessary discrimination against

4   Plaintiff demonstrates Defendant's knowing and intentional damage to Plaintiff.

5   64. Defendant's breach of duty caused Plaintiff damages including, without limitation,

6   the feeling of segregation, discrimination, relegation to second class citizen status the

7   pain, suffering and emotional damages inherent to discrimination and segregation and

    other damages to be proven at trial.

8   65. By violating Plaintiff's civil rights, Defendant engaged in intentional, aggravated and

9   outrageous conduct.

10  66. The ADA has been the law of the land since 1991, but Defendant engaged in a

11  conscious action of a reprehensible character, that is, Defendant denied Plaintiff his

12  civil rights, and cause him damage by virtue of segregation, discrimination, relegation

13  to second class citizen status the pain, suffering and emotional damages inherent to

14  discrimination and segregation and other damages to be proven at trial

15  67. Defendant either intended to cause injury to Plaintiff or defendant consciously

16  pursued a course of conduct knowing that it created a substantial risk of significant

17  harm to Plaintiff.

18  68. Defendant is liable to Plaintiff for punitive damages in an amount to be proven at trial

19  sufficient, however, to deter this Defendant and others similarly situated from

20  pursuing similar acts.

21  **WHEREFORE,** Plaintiff prays for relief as follows:

22      A. For finding of negligence; and

23      B. For damages in an amount to be proven at trial but in no event less than
          $25,000.00; and

24      C. For punitive damages to be proven at trial; and

25      D. For such other and further relief as the Court may deem just and proper.

26

27

28
    _____

    [6] 42 U.S.C. §12101(a)(8)

1

## REQUEST FOR TRIAL BY JURY

2

Plaintiff respectfully requests a trial by jury in issues triable by a jury.

3

RESPECTFULLY SUBMITTED this *2019-04-02*

4

5

**PETER STROJNIK**

6

7

Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ADDENDUM A

2

### 3RD PARTY BOOKING WEBSITE

3

**HOTELS.COM**

4

**Dream Inn Santa Cruz**

♥ Loved by guests

Great Rate
We have 2 left at

5

175 W Cliff Dr, Santa Cruz, CA, 95060, United States, 866-573-4235

$359 $199

6

**4-star**

✓ free cancellation
✓ pay now or at property

7

Westside Santa Cruz

● 29 miles to San Jose, CA (SJC-Norman Y. Mineta San Jose Intl.)

**Choose Room**

8

● 0.4 miles to Santa Cruz Beach Boardwalk

C Collect nights

9

**Superb 9.0** 842 reviews

10

⊙⊙ ⊛⊛⊛⊛⊙ 2,415 reviews

11

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms.

12

13

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

14

15

16

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.

17

18

| **Main amenities** | **Feel at home** |
|---|---|

19

| ✓ 165 smoke-free guestrooms | ✓ Free cribs/infant beds |
| ✓ On the beach | ✓ Rollaway/extra beds (surcharge) |
| ✓ Restaurant and bar/lounge | ✓ Daily housekeeping |
| ✓ Outdoor pool | ✓ Hair dryer |
| ✓ Valet parking | ✓ Coffee/tea maker |
| ✓ 24-hour front desk | ✓ Elevator/lift |
| ✓ Daily housekeeping | |
| ✓ ATM/banking services | |
| ✓ Free WiFi | |

20

21

22

23

24

25

26

27

28

## At a glance

### Key facts

**Hotel size**
- 165 rooms
- Arranged over 10 floors

**Arriving/leaving**
- 92% of customers were happy with check-in
- Check-in time 4:00 PM-midnight
- Check-out time is 11:00 AM

**Required at check in**
- Credit card or cash deposit required
- Government-issued photo ID required

## At the resort

| | |
|---|---|
| Food and drink | Restaurant    Bar/lounge |
| Things to do | Outdoor pool    Spa tub |
| Services | 24-hour front desk |
| Facilities | Elevator/lift    ATM/banking |

## In the apartment

| | |
|---|---|
| Home comforts | Coffee/tea maker |
| Things to enjoy | Balcony |
| Freshen up | Hair dryer |
| Stay connected | Free WiFi    Free local calls |
| More | Daily housekeeping    In-room safe |

13

**Dream Inn Santa Cruz's small print**

**Also known as**

- Dream Inn
- Dream Santa Cruz
- Dream Santa Cruz a Joie de Vivre Boutique Hotel

**Policies**

Guests must contact this property in advance to reserve a crib (infant bed) or rollaway bed. Contact the office using the information on the reservation confirmation received after booking.

- Pool access available from 7 AM to 10 PM.

Children under 15 years old are not allowed in the swimming pool or spa tub without adult supervision.

Please note that cultural norms and guest policies may differ by country and by property. The policies listed are provided by the property.

**Optional extras**

Self parking costs USD 25.00 per night

Valet parking costs USD 25.00 per night with in/out privileges

Rollaway beds are available for USD 30.0 per night

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Deluxe Room, 1 King Bed, Ocean View, Tower**

Guestroom [1/4]

**1 King Bed**
344-sq-foot (32-sq-meter) room, balcony with ocean views

**Internet** - Free WiFi
**Food & Drink** - Coffee/tea maker
**Bathroom** - Partially open bathroom, a hair dryer, and a shower
**Practical** - Free local calls and safe; rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Daily housekeeping
Non-Smoking

Sleeps 3 people (including up to 2 children)
**Bed choices**
- 1 King Bed
**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-8117

**Details**

- Balcony
- Coffee/tea maker
- Daily housekeeping
- Free cribs/infant beds
- Free local calls
- Free WiFi
- Hair dryer
- In-room safe
- Rollaway/extra beds (surcharge)

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail

to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.

---

Deluxe Room, 1 King Bed, Accessible, Ocean View 



**1 King Bed**
344-sq-foot (32-sq-meter) room, balcony with ocean views

Internet - Free WiFi
Food & Drink - Coffee/tea maker
Bathroom - Partially open bathroom, a hair dryer, and a shower
Practical - Free local calls and safe; rollaway/extra beds and free cribs/infant beds available on request
Comfort - Daily housekeeping
Non-Smoking

Sleeps 3 people (including up to 2 children)
**Bed choices**
- 1 King Bed
**Extra beds available**
- Crib • Rollaway bed

More Info: 866-539-8117

**Details**
- Balcony
- Coffee/tea maker
- Daily housekeeping
- Free cribs/infant beds
- Free local calls
- Free WiFi
- Hair dryer
- In-room safe
- Rollaway/extra beds (surcharge)

---

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. **Insufficient dispersion.**

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.

1
2
3
4
5
6
7
8
9
10
11
12



13
14
15

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms. **Insufficient dispersion.**

16
17
18

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

19
20

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.

21
22
23
24
25
26
27
28

**Room, 2 Queen Beds, Ocean View, Tower**

Guestroom   [1/4]

**2 Queen Beds**
344-sq-foot (32-sq-meter) room, balcony with ocean views

Internet - Free WiFi
**Food & Drink** - Coffee/tea maker
**Bathroom** - Partially open bathroom, a hair dryer, and a shower
**Practical** - Free local calls and safe; rollaway/extra beds and free cribs/infant beds available on request
**Comfort** - Daily housekeeping
Non-Smoking

**Sleeps 4 people** (including up to 3 children)
**Bed choices**
  • 2 Queen Beds
**Extra beds available**
  • Crib • Rollaway bed

More Info: 866-539-8117

**Details**
  • Balcony
  • Coffee/tea maker
  • Daily housekeeping
  • Free cribs/infant beds
  • Free local calls
  • Free WiFi
  • Hair dryer
  • In-room safe
  • Rollaway/extra beds (surcharge)

---

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.

17

**Executive Room, 2 Queen Beds, Ocean View**

Guestroom   [1/4]

2 Queen Beds
344-sq-foot (32-sq-meter) room, balcony with
ocean views

Internet - Free WiFi
Food & Drink - Coffee/tea maker
Bathroom - Partially open bathroom, a hair dryer,
and a shower
Practical - Free local calls and safe;
rollaway/extra beds and free cribs/infant beds
available on request
Comfort - Daily housekeeping
Non-Smoking

Sleeps 4 people (including up to 3 children)
**Bed choices**
- 2 Queen Beds
**Extra beds available**
- Crib • Rollaway bed
More Info: 866-539-8117

**Details**
- Balcony
- Coffee/tea maker
- Daily housekeeping
- Free cribs/infant beds
- Free local calls
- Free WiFi
- Hair dryer
- In-room safe
- Rollaway/extra beds (surcharge)

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.





**Identification of Specific Barrier in Plain Language:** Premium charged for accessible room.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms. Insufficient dispersion.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest

rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Hotel Photos fail to identify accessible features.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Identification of Specific Barrier in Plain Language:** Apparently inaccessible pool.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Stairs on route with no apparent signage to accessible route.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.

**1ST PARTY BOOKING WEBSITE**

**https://www.dreaminnsantacruz.com/**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROPERTY ACCESSIBILITY**

We make every effort to be accessible for all guests to enjoy, and therefore all of our hotel amenities and public spaces meet the requirements of the American with Disabilities Act (ADA). Under the Rooms section of our website, you can find detail on our accessible guestroom accommodations. In addition, we offer 24-hour valet parking, a wheelchair accessible path of travel to and into the hotel entrance, and an accessible check-in reception counter. Our restaurant and bar have accessible dining options and our public restrooms meet ADA requirements. Our outdoor spaces are accessible and our pool and hot tub have accessible lifts for access. Should any guest desire to request accessible transportation, simply dial the hotel operator and they will be pleased to arrange for an accessible car from our local car service.

- Accessible guest rooms with mobility features with entry doors that provide 32" of clear width
- Accessible hotel restaurant
- Accessible meeting rooms
- Accessible valet parking
- Accessible public entrance
- Accessible registration desk
- Accessible route from the accessible public entrance to the accessible guestrooms
- Accessible route from the accessible public entrance to the registration area
- Accessible route from the hotel's accessible entrance to the meeting rooms
- Accessible route from the hotel's accessible public entrance to the restaurant
- Accessible route from the hotel's accessible public entrance to the swimming pool
- Accessible swimming pool and hot tub
- Accessible transportation with advance notice
- Assistive listening devices for meetings upon request
- Closed captioning on televisions or closed captioning decoders
- Public Areas accessible for physically challenged
- Roll-in Shower
- Rooms accessible to wheelchairs (no steps)
- Service support animals welcome
- Swimming pool hoist for pool and hot tub access
- TTY for guest use

**Identification of Specific Barrier in Plain Language:** False warranty of ADA Compliance.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest

rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient disclosure of dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient disclosure of dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



OCEAN VIEW INFINITY

TWO QUEEN    KING ADA

SUITE KING ADA

Overlooking our beachfront pool, the Ocean View Infinity Two Queen guest room features ocean views from a semi-private patio. Bathrooms are equipped with a bathtub with detachable rain water shower head.

RESERVE

**Identification of Specific Barrier in Plain Language:** Booking website does not identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. Insufficient disclosure of dispersement of accessible rooms. **Insufficient dispersion.**

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**3rd PARTY PHOTOS (GOOGLE – OYSTER – ETC)**



**Identification of Specific Barrier in Plain Language:** No apparent pool or spa access.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** No apparent bar access.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.

1
2
3
4
5
6
7
8
9
10
11



12 **Identification of Specific Barrier in Plain Language:** Inaccessible outdoor seating.
13 **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.
14
15 **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.
16
17
18
19
20
21
22
23
24
25
26



27 **Identification of Specific Barrier in Plain Language:** (1) Inaccessible toilet; (2) Inaccessible shower enclosure..
28 **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal

access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Inaccessible spa.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Stairs on route with no apparent signage to accessile route.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal

access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Inaccessibe coffee bar.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Inaccessibe surf bar.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Inaccessibe bathroom.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.

**PERSONAL OBSERVATIONS**



**Identification of Specific Barrier in Plain Language:** Water over 120°F.

34

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| **Identification of Specific Barrier in Plain Language:** No positive shut off on shower spray unit. |
| **The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs. |
| **The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Identification of Specific Barrier in Plain Language:** Inaccessibe tub.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



17 **Identification of Specific Barrier in Plain Language:** Inaccessibe entry on balcony.

18 **The manner in which the barriers denied Plaintiff full and equal use or access, and**
**which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal
19 access by failing to identify and describe accessible features in the hotel and guest
rooms in enough detail to reasonably permit Plaintiff to assess independently whether
20 the hotel or guest room meets his accessibility needs.

21 **The dates on each particular occasion on which Plaintiff encountered such barrier**
**and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23



24
25
26
27
28

**Identification of Specific Barrier in Plain Language:** More than 5 lbs to open sliding door onto balcony.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** More than 5lbs to open door to room.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest

1  rooms in enough detail to reasonably permit Plaintiff to assess independently whether
   the hotel or guest room meets his accessibility needs.

2  **The dates on each particular occasion on which Plaintiff encountered such barrier**
   **and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** No handrails on ramp.

**The manner in which the barriers denied Plaintiff full and equal use or access, and**
**which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal
access by failing to identify and describe accessible features in the hotel and guest
rooms in enough detail to reasonably permit Plaintiff to assess independently whether
the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier**
**and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Identification of Specific Barrier in Plain Language:** No marked passenger drop off area.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.



**Identification of Specific Barrier in Plain Language:** Inaccessibe bar counter.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**Identification of Specific Barrier in Plain Language:** Inaccessibe counter.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.

1
2
3
4
5
6
7
8
9
10



11
12

**Identification of Specific Barrier in Plain Language:** Self parking across street – not closest to entry.

**The manner in which the barriers denied Plaintiff full and equal use or access, and which deter Plaintiff from visiting the Hotel:** Barrier denied Plaintiff full and equal access by failing to identify and describe accessible features in the hotel and guest rooms in enough detail to reasonably permit Plaintiff to assess independently whether the hotel or guest room meets his accessibility needs.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.

**The dates on each particular occasion on which Plaintiff encountered such barrier and which deter Plaintiff from visiting Hotel:** On or about November 25, 2018.

13
14
15
16
17
18

19 **END**

20
21
22
23
24
25
26
27
28

45