UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PETER STROJNIK,

    Plaintiff,

    v.

ENSEMBLE HOTEL PARTNERS, LLC,

    Defendant.

Case No. 19-cv-01844-VKD

**ORDER RE NOTICE OF CONDITIONAL SETTLEMENT**

Re: Dkt. No. 33

The parties having advised that they have agreed to a conditional settlement of all claims, the Court orders as follows:

On or before **January 21, 2020**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41(a)(1). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendant has not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because defendant answered the complaint (Dkt. No. 11), plaintiff may not voluntarily dismiss this case absent a stipulation also signed by defendants or an order from the Court.

The deadline for plaintiff's response to defendant's amended counterclaim is continued to **January 27, 2020**.

The hearing on plaintiff's motion for partial summary judgment (Dkt. No. 20) is continued to **February 4, 2020, 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: November 25, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge